IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DEXTER BROOKS,

    Plaintiff,                         No. CIV S-06-0381 LKK PAN P

  vs.

D.L. RUNNELS, Warden, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 11, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In his objections, plaintiff states he has now exhausted his administrative remedies as to his outdoor exercise claims. However, exhaustion must precede the filing of the complaint. 42 U.S.C. § 1997e(a). Compliance with that statute is not achieved by satisfying the exhaustion requirement during the pendency of an action. <u>McKinney v. Carey</u>, 311 F.3d 1198,

1  1199 (9th Cir. 2002). Moreover, plaintiff concedes in his objections that he has failed to exhaust his administrative remedies with regard to his claim that he is entitled to single cell status based on his medical needs.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2006, are adopted in full; and

2. Plaintiff's February 23, 2006 motion for preliminary injunction is denied without prejudice; and

3. Plaintiff's complaint is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: July 6, 2006.

                        UNITED STATES DISTRICT JUDGE

/broo0381.805

---

[1] Plaintiff is now free to bring a new action raising those claims for which he has exhausted administrative remedies. However, plaintiff may wish to exhaust his single cell claims first so he may raise them all in one action.