IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DEXTER BROOKS,

    Plaintiff,                     No. CIV S-06-0381 LKK PAN P

    vs.

D.L. RUNNELS, Warden, et al.,

    Defendants.             ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On June 7, 2006, plaintiff filed a motion for leave to amend his complaint.  Plaintiff states he has now exhausted his administrative remedies and wishes to amend his complaint to add two defendants.  However, as plaintiff was informed in this court's May 11, 2006 findings and recommendations, plaintiff must exhaust his administrative remedies prior to filing his lawsuit.  Exhaustion must precede the filing of the complaint, 42 U.S.C. § 1997e(a), and plaintiff may not comply with that statute by satisfying the exhaustion requirement during the pendency of an action.  <u>McKinney v. Carey</u>, 311 F.3d 1198, 1199 (9th Cir. 2002).

        Accordingly, plaintiff's motion to amend the complaint in this action will be denied.  However, because the plaintiff now contends that the proposed amended complaint has

/////

been fully exhausted and plaintiff may wish to file the complaint as a new action, the Clerk of the Court will be directed to copy the proposed amended complaint and forward it to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 7, 2006 motion to amend is denied; and

2. The Clerk of the Court is directed to make a copy of the proposed amended complaint and forward the copy to plaintiff along with this order.

DATED: July 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/broo0381.mta

2